UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK T. ETTING,

     Plaintiff,

v.                            CASE NO. 6:07-cv-1631-Orl-35GJK

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.

_____

## ORDER

On December 5, 2008, Plaintiff, filed a Motion to Withdraw from Case without Prejudice (Doc. No. 50), which the Court construes as a motion for voluntary dismissal. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), it is **ORDERED**:

1.     Plaintiff's Motion to Withdraw without Prejudice (Doc. No. 50, filed December 5, 2008) is **GRANTED**.

2.     This case is **DISMISSED WITHOUT PREJUDICE.**

2.     The Clerk of the Court is directed to close this case and terminate any pending motions.

**DONE AND ORDERED** at Orlando, Florida, this _16th_ day of December, 2008.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sc 12/11

Counsel of Record
Mark T. Etting